**John Francis COCHRAN, Appellant, v. UNITED STATES of America, Appellee.**

No. 11627.

Circuit Court of Appeals, Fifth Circuit.

Oct. 30, 1946.

518

John Francis Cochran, of Tallahassee, Fla., in pro. per., for appellant.

John P. Cowart, U. S. Atty., and James H. Fort, Asst. U. S. Atty., both of Macon, Ga., for appellee.

Before HOLMES, WALLER, and LEE, Circuit Judges.

PER CURIAM.

. The judgment of the Court below is affirmed.